■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALPHONSO SIMMONS, Appellant. [614 NYS2d 131] —Judgment, Supreme Court, New York County (Richard Lowe, III, J., at plea and sentence), rendered May 26, 1992, convicting defendant, upon his plea of guilty, *inter alia,* of 14 counts of robbery in the second degree, and sentencing him to 14 concurrent terms of from 5½ to 16½ years imprisonment, unanimously modified, on the law, to reduce the sentence to 14 concurrent terms of from 5 to 15 years imprisonment on the second degree robbery convictions, and otherwise affirmed.

The sentence imposed on each of the second degree robbery convictions, a class C felony, was illegal to the extent it exceeds 5 to 15 years *(see,* Penal Law § 70.02 [1] [b]; [3] [b]; [4]). Since it is clear from the plea minutes that the court did not intend to have the sentences run consecutively, a remand for clarification is unnecessary *(see, People v Wilkerson,* 121 AD2d 284). We, therefore, reduce the sentences to the maximum permitted by statute. Concur—Sullivan, J. P., Carro, Wallach, Williams and Tom, JJ.